Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| Hazel Jeanette Kidd | ) Chapter 13<br>)<br>) Case No.: 8:18-bk-10625-ES<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3011)**<br>)<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **303169** in the sum of **$2,083.72** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

```
    Hazel Jeanette Kidd
    3701 Provincetown Ave
    Irvine, CA 92606
```

Date: January 8, 2019         __/S/_____
                              Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|
| 1810625 | Hazel Jeanette Kidd | | | XXX-XX-7092 | 2,083.72 | 0.00 | 2,083.72 |
| | ACCT: | Claim: 00000 | UCI: | | | | |
| | | | TOTALS | | 2,083.72 | 0.00 | 2,083.72 |

Hazel Jeanette Kidd

BALANCE:         0.00      [0.00  0/00000]
SSN: XXX-XX-7092    SSN:
ACCT:                                CASE: 1810625
PRINCIPAL:    2,083.72   INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0303169
Jan 08, 2019
VOID 90 DAYS FROM DATE

*****$2,083.72

PAY  Two Thousand Eighty Three And 72 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT FISCAL DEPT.
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0303169⑈ ⑆061100790⑆ 000000575186 2⑈